Nos. 417 and 418. ROOT REFINING Co. *v.* UNIVERSAL OIL PRODUCTS Co. October 21, 1935. Petition for writs

of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Arthur C. Denison* and *J. Bernhard Theiss* for petitioner. *Messrs. Hugh M. Morris, Thomas G. Haight,* and *William F. Hall* for respondent.